IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY LEON WEBSTER
ADC #114018                                                                PLAINTIFF

v.                                    No. 3:22-cv-00012-DPM

ASA HUTCHINSON,
State Governor                                                            DEFENDANT

ORDER

1. Webster is a three-striker. Before filing this lawsuit, Webster had at least three cases dismissed for failing to state a claim. *E.g., Webster v. Does*, 3:19-CV-00059-DPM; *Webster v. Pigg*, 3:19-CV-00060-DPM; and *Webster v. Day Inn Motels, Inc., et al.*, 3:19-CV-78-DPM. Nothing in Webster's new complaint, *Doc. 2*, suggests he's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). His complaint will therefore be dismissed without prejudice.

2. If Webster wants to pursue this case, then he must pay $402 (the filing and administrative fees) and file a motion to reopen the case by 19 February 2022. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 January 2022