IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY LEON WEBSTER                                                    PLAINTIFF
ADC #114018

v.                                     No. 3:22-cv-00012-DPM

ASA HUTCHINSON,
State Governor                                                      DEFENDANT

## JUDGMENT

Webster's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

_31 January 2022_